IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DR. DANIEL C. SHELTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No. 24-1338-CFC |
| : | |
| : | **Jury Trial Demanded** |
| **DONALD PATTON, NAVEED BAQIR,** : | |
| **YUN FEI LOU, and ALETHEA SMITH-** : | |
| **TUCKER, all individually and in their official** : | |
| **capacities; and BOARD OF EDUCATION OF** : | |
| **THE CHRISTINA SCHOOL DISTRICT,** : | |
| : | |
| **Defendants.** : | |

## STIPULATION

Whereas, Plaintiff Dr. Daniel C. Shelton filed the above-captioned case on December 10, 2024 against Defendants Donald Patton, Naveed Baqir, Yun Fei Lou, Alethea Smith-Tucker, and Board of Education of the Christina School District;

Whereas, counsel for the parties have conferred and, pursuant to Fed.R.Civ.P. 4, counsel for Defendants agreed to accept service on their behalf;

Whereas, the parties have agreed that service was effective on December 16, 2024;

Whereas, the parties have agreed that Defendants shall have until April 21, 2025 to file a response to the Complaint;

It is hereby STIPULATED and AGREED that:

1. Service of the Complaint in this matter is hereby acknowledged by all Defendants to be effective as of December 16, 2024; and

2. Defendants shall Move or Answer the Complaint on or before April 21, 2025.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **MARSHALL DENNEHEY** |
| /s/ Stephen J. Neuberger | /s/ Sarah B. Cole |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **SARAH B. COLE, ESQ. (#4685)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **CLAIRE M. MCCUDDEN, ESQ. (#5036)** |
| 17 Harlech Drive, P.O. Box 4481 | 1007 N. Orange Street, Suite 600 |
| Wilmington, DE 19807 | P.O. Box 8888 |
| (302) 655-0582 | Wilmington, DE 19899 |
| TSN@NeubergerLaw.com | 302-552-4364 |
| SJN@NeubergerLaw.com | SBCole@mdwcg.com |
| | MCMcCudden@mdwcg.com |
| Attorneys for Plaintiff | Attorneys for Defendant Board of Education of the Christina School District |
| **FRANKLIN & PROKOPIK** | **WHITEFORD, TAYLOR & PRESTON LLC** |
| /s/ William A. Crawford | /s/ Daniel A. Griffith |
| **WILLIAM A. CRAWFORD, ESQ. (#5600)** | **DANIEL A. GRIFFITH, ESQ. (#4209)** |
| 800 Creek View Road, Suite 300 | 600 North King Street, Suite 300 |
| Newark, DE 19711 | Wilmington, DE 19801 |
| 302-594-9780 | 302-467-4510 |
| WCrawford@fandpnet.com | DGriffith@whitefordlaw.com |
| Attorneys for Defendant Donald Patton | Attorneys for Defendant Naveed Baqir |
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** | **WHITE AND WILLIAMS, LLP** |
| /s/ Marc Sposato | /s/ Daryll M. Hawthorne-Bernardo |
| **MARC SPOSATO, ESQ. (#5663)** | **CHRISTIAN J. SINGEWALD, ESQ. (#3542)** |
| **GEORGIA C. PHAM (#6316)** | **DARYLL M. HAWTHORNE-BERNARDO (#6520)** |
| 300 Delaware Avenue, Suite 900 | 600 North King Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| 302-658-6538 | 302-467-4510 |
| MSposato@moodklaw.com | SingewaldC@whiteandwilliams.com |
| GPham@moodklaw.com | HawthorneD@whiteandwilliams.com |
| Attorneys for Defendant Yun Fei Lou | Attorneys for Defendant Alethea Smith-Tucker |

Dated: February 3, 2025