## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DR. DANIEL C. SHELTON, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **C.A. No. 24-1338-CFC** |
| | : | |
| DONALD PATTON, NAVEED BAQIR, | : | |
| YUN FEI LOU, and ALETHEA SMITH- | : | |
| TUCKER, all individually and in their official | : | |
| capacities; and BOARD OF EDUCATION OF | : | |
| THE CHRISTINA SCHOOL DISTRICT, | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dr. Daniel C. Shelton hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum Opinion and Order dated March 9, 2026 (D.I. 33-34), which granted the five Defendants' five separate motions to dismiss.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
17 Harlech Drive, P.O. Box 4481
Wilmington, DE 19807
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: April 8, 2026          Attorneys for Plaintiff Dr. Daniel C. Shelton