**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **DR. DANIEL C. SHELTON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DONALD PATTON, NAVEED BAQIR, YUN FEI LOU, and ALETHEA SMITH-TUCKER, all individually and in their official capacities; and BOARD OF EDUCATION OF THE CHRISTINA SCHOOL DISTRICT,**<br><br>**Defendants.** | : | **C.A. No. 24-1338-CFC** |

**NOTICE OF INTENT TO STAND ON THE COMPLAINT**

Notice is hereby given that Plaintiff Dr. Daniel C. Shelton stands on his Complaint and requests the entry of an appropriate Order dismissing this action to allow the appeal to proceed. See Borelli v. City of Reading, 532 F.2d 950, 951 n.1 (3d Cir. 1976) ("If the plaintiff does not desire to amend, he may file an appropriate notice with the district court asserting his intent to stand on the complaint, at which time an order to dismiss the action would be appropriate."); accord Weber v. McGrogan, 939 F.3d 232, 241 (3d Cir. 2019).

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
17 Harlech Drive, P.O. Box 4481
Wilmington, DE 19807
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: July 8, 2026 Attorneys for Plaintiff Dr. Daniel C. Shelton