IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DR. DANIEL C. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-1338-CFC |
| | ) | |
| DONALD PATTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS on March 9, 2026, the Court granted Defendants' motions to dismiss the Complaint for the reasons stated in the Memorandum Opinion issued on that same date, D.I. 34;

WHEREAS the Court made clear in the Memorandum Opinion that the dismissal was made without prejudice for Plaintiff to file an amended complaint, D.I. 33 at 9 n.2; and

WHEREAS Plaintiff has filed a notice that he stands on his Complaint and has requested the entry of an appropriate Order dismissing this action to allow an appeal to proceed, D.I. 38;

NOW THEREFORE, at Wilmington on this Twenty-second Day of July in 2026, it is HEREBY ORDERED that the Complaint is DISMISSED WITH

PREJUDICE and the Clerk of the Court is directed to CLOSE the case.

Chief Judge